```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143                    *e-filed 7/18/08*
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FADHL SHAMAN, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>ROBERT S. MUELLER, III, Director, )<br>Federal Bureau of Investigations; )<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security; )<br>EMILIO GONZALES, Director, U.S. )<br>Citizenship and Immigration Services; )<br>DAVID N. STILL, District Director, USCIS; )<br>FRANCIS D. SICILIANO, San Jose )<br>Field Office Director, USCIS, )<br>)<br>        Defendants. )<br>) | No. C 08-2521 HRL<br><br>**STIPULATION TO DISMISS; AND**<br>~~**[PROPOSED]**~~ **ORDER** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and

1 | Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and
2 | agrees to do so within 30 days of the dismissal of this action.
3 |     Each of the parties shall bear their own costs and fees.
4 | Date: July 11, 2008          Respectfully submitted,
5 |          JOSEPH P. RUSSONIELLO
         United States Attorney

         _____/s/_____
         ILA C. DEISS[1]
         Assistant United States Attorney
         Attorneys for Defendants

         _____/s/_____
Date: July 11, 2008          ELIAS Z. SHAMIEH
         DINA M. SOKHN
         Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/18/08          _____
         HOWARD R. LLOYD
         United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.